UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARION A. HECHT**, Receiver for FutureGen Company d/b/a FutureGen Capital; Commercial Equity Partners, Ltd.; FGC Distressed Assets Investment #1, LLC; FutureGen Capital DDA CG Fund LLC; FGC Tax Lien Fund #2, LLC; FGC Trading Fund #1 LLC; FGC SPE No 1 LLC; FGC SPE No 2 LLC; and FGC CM Note Fund, <br><br>       Plaintiff, <br><br>       v. <br><br> **MARK KASS,** *et al.*, <br><br>       Defendants. | Case No. 15-cv-910 (CRC) <br><br> **(UNDER SEAL)** |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Receiver's Motion for Summary Judgment against Net Winner Defendant Mark Kass (ECF No. 24) is GRANTED.

**ORDERED** that summary judgment is entered in favor of the Receiver and against Defendant Mark Kass in the amount of $17,907.23.

**SO ORDERED.**

                                                                        CHRISTOPHER R. COOPER
                                                                        United States District Judge

Date: <u>April 11, 2018</u>